

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| USA | ) | Case No: 16 CR 803-1 |
| v. | ) | Magistrate Judge: Sidney I. Schenkier |
| Jeffrey Rivera | ) |  |

## ORDER

Detention hearing held. The Government's motion for removal in custody while the case is decided on the grounds that if released defendant poses a risk of flight and danger to the community is denied. Defendant released on $50,000.00 appearance bond with conditions. Enter Order Setting Conditions of Release. Terminated defendant Jeffrey Rivera. Defendant ordered removed to the Northern District of New York for further proceedings. As stated on the record, the Court orders the defendant to appear in the Northern District Court of New York, where the charges are pending to answer those charges. Enter orders (attached). As stated on the record, the Court orders the defendant to appear before Magistrate Judge Andrew T. Baxter on 12/19/16 at 10:30 a.m. at the U.S. District Court for the Northern District of New York, James Hanley Federal Building, 1000 South Clinton Street, Syracuse, NY 13261. For the reasons stated on the record, as a condition of release, the Court has required for either his fiancée Ms. Christine Bornemann or defendant's brother Emmanuel Rivera (who reside in New York) to serve as co-signor for the bond. Defendant shall remain in federal custody pending the completion of this condition or until further order of the Court.

(T: 00:30)

Date: December 15, 2016

/s/ _Sidney I. Schenkier_
SIDNEY I. SCHENKIER
UNITED STATES MAGISTRATE JUDGE